■ IRA HALFOND et al., Respondents, v WHITE LAKE SHORES ASSOCIATION, INC., Appellant. (Appeal No. 2.) [980 NYS2d 871]— Appeal from a judgment of the Supreme Court, Oneida County (Bernadette T. Clark, J.), entered November 29, 2012. The judgment awarded attorney fees and expenses to plaintiffs.

It is hereby ordered that the judgment so appealed from is unanimously vacated on the law without costs.

Same memorandum as in *Halfond v White Lake Shores Assoc., Inc.* (114 AD3d 1315 [2014]). Present—Scudder, P.J., Centra, Carni, Sconiers and Whalen, JJ.